**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Keren E. Gesund (SBN 253242)
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (702) 300-1180
Email: keren@rcornishlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE AND JOHN DOE, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>STANFORD FEDERAL CREDIT UNION; EVERBANK, N.A.; COMMUNITY FEDERAL SAVINGS BANK; CHOICE FINANCIAL GROUP; THE CURRENCY CLOUD INC; TRANSWAP TECHNOLOGIES (UK) LTD; MERCURY ADVISORY LLC; WEALTH TUTOR INSTITUTE; BEACH FOCUSYR INC.; TENGFEI YANG; VISIONARY SOLUTIONS HOLDINGS LTD; HIU FUNG LUI; LUMINA SOLUTIONS HOLDINGS LTD; LOK HIM LO; NOVAVENTURE STONE LTD; and JIANHAO LI,<br><br>Defendants. | Case No. 5:25-cv-07241<br><br>**ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Plaintiffs Jane and John Doe ("Plaintiffs"), by and through undersigned counsel of record, hereby respectfully request leave to file the attached brief under seal pursuant to Local Rule 79-5(e) as follows: Plaintiffs seek leave to pursue their claims under a pseudonym to remain hidden from Mrs. Doe's stalker. Discussion of the specifics of her stalker may reveal her location. Thus, Plaintiffs seek leave to redact the specific nature of the stalking, as set forth in the attached brief. The highlighted portion has been redacted from the brief.

| | |
|---|---|
| Dated: September 2, 2025 | Respectfully Submitted,<br>**LAW OFFICES OF ROBERT V. CORNISH, JR., P.C.**<br><br>*/s/ Keren E. Gesund*<br>KEREN E. GESUND<br><br>*Attorneys for Plaintiff* |