AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| JANE AND JOHN DOE, a married couple,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>STANFORD FEDERAL CREDIT UNION; EVERBANK, N.A.; COMMUNITY FEDERAL SAVINGS BANK; CHOICE FINANCIAL GROUP; THE CURRENCY CLOUD INC; TRANSWAP TECHNOLOGIES (UK) LTD; MERCURY ADVISORY LLC; WEALTH TUTOR INSTITUTE; BEACH FOCUSYR INC.; TENGFEI YANG; VISIONARY SOLUTIONS HOLDINGS LTD; HIU FUNG LUI; LUMINA SOLUTIONS HOLDINGS LTD; LOK HIM LO; NOVAVENTURE STONE LTD; and JIANHAO LI,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  5:25-cv-07241-VKD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STANFORD FEDERAL CREDIT UNION; EVERBANK, N.A.; COMMUNITY FEDERAL SAVINGS BANK; CHOICE FINANCIAL GROUP; THE CURRENCY CLOUD INC; TRANSWAP TECHNOLOGIES (UK) LTD; MERCURY ADVISORY LLC; WEALTH TUTOR INSTITUTE; BEACH FOCUSYR INC.; TENGFEI YANG; VISIONARY SOLUTIONS HOLDINGS LTD; HIU FUNG LUI; LUMINA SOLUTIONS HOLDINGS LTD; LOK HIM LO; NOVAVENTURE STONE LTD; and JIANHAO LI

[*See attachment.*]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Keren E. Gesund
LAW OFFICES OF ROBERT V. CORNISH, JR., P.C.
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: keren@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

*Anne Fedunak*

Date:   10/10/25   _____

*Signature of Clerk or Deputy Clerk*

STANFORD FEDERAL CREDIT UNION
1860 Embarcadero Road
Palo Alto, CA 94303

EVERBANK, N.A.
301 West Bay Street
Jacksonville, FL 32202

COMMUNITY FEDERAL SAVINGS BANK
816 Jamaica Ave
Woodhaven, NY 11421

CHOICE FINANCIAL GROUP
4501 23rd Ave S
Fargo, ND 58104

THE CURRENCY CLOUD INC
The Steward Building
12 Steward Street
London E1 6FQ
United Kingdom

TRANSWAP TECHNOLOGIES (UK) LTD
The Bayes Centre
University of Edinburgh
47 Potterrow
Edinburgh EH8 9BT
United Kingdom

MERCURY ADVISORY LLC
333 Bush Street, Suite 1900
San Francisco, CA 94104

WEALTH TUTOR INSTITUTE

BEACH FOCUSYR INC.
6900 E 70th Ave
Commerce City, CO 80022

TENGFEI YANG
6900 E 70th Ave
Commerce City, CO 80022

VISIONARY SOLUTIONS HOLDINGS LTD
1534 Eastern Parkway
New York, NY 11233

1
ATTACHMENT TO SUMMONS

HIU FUNG LUI
1534 Eastern Parkway
New York, NY 11233

LUMINA SOLUTIONS HOLDINGS LTD
Office Unit B, 9/F
Thomson Commercia Building
8 Thomson Road
Wan Chai, Hong Kong
People's Republic of China

LOK HIM LO
Office Unit B, 9/F
Thomson Commercia Building
8 Thomson Road
Wan Chai, Hong Kong
People's Republic of China

NOVAVENTURE STONE LTD
Unit D12, 16th Floor
Jing Ho Industrial Building
Nos. 78-84 Wang Lung Street
Tsuen Wan, New Territories, Hong Kong
People's Republic of China

JIANHAO LI
Unit D12, 16th Floor
Jing Ho Industrial Building
Nos. 78-84 Wang Lung Street
Tsuen Wan, New Territories, Hong Kong
People's Republic of China

2
ATTACHMENT TO SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:25-cv-07241

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: