UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE, et al.,<br><br>              Plaintiffs,<br><br>    v.<br><br>STANFORD FEDERAL CREDIT UNION, et al.,<br><br>              Defendants. | Case No. 25-cv-07241-VKD<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE** |

On August 27, 2025, plaintiffs Jane and John Doe filed a complaint alleging certain banks and individuals conspired to defraud plaintiffs of their money through a cryptocurrency trading platform. Dkt. No. 1. The complaint named sixteen defendants: Stanford Federal Credit Union; EverBank, N.A.; Community Federal Savings Bank; Choice Financial Group; The Currency Cloud Inc.; TranSwap Technologies (UK) Ltd; Mercury Advisory LLC; Wealth Tutor Institute; Beach Focusyr Inc.; Tengfei Yang; Visionary Solutions Holdings Limited; Hiu Fung Lui; Lumina Solutions Holdings, Ltd; Lok Him Lo; Novaventure Stone Ltd; and Jianhao Li. *Id.* Plaintiffs have since dismissed EverBank, N.A. from this action. Dkt. No. 32. Pending before the Court is defendant Stanford Federal Credit Union's motion to dismiss. Dkt. No. 27.

The Court cannot decide the pending motion to dismiss without the consent of all parties, served and unserved. *See Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017); 28 U.S.C. § 636. The Court reminded the parties of assignment of this matter to the undersigned magistrate judge and advised that the Court cannot hear and decide any dispositive matters absent the consent of all parties. Dkt. Nos. 3, 28. Five defendants (Choice Financial Group, Mercury Advisory LLC, Stanford Federal Credit Union, Community Federal Savings Bank, The Currency Cloud) have

appeared in this action and have responded to the Court's request to indicate whether they consent to or decline magistrate judge jurisdiction. Dkt. Nos. 17, 20, 21, 23, 24, 25, 26, 31, 35, 36. To date, not all parties have appeared in the action, and thus, the Court does not have the consent of all parties to magistrate judge jurisdiction.

Accordingly, the Clerk shall reassign this case to a district judge pursuant to the Court's Assignment Plan. The hearing set for December 16, 2025 is vacated. Upon the appearance and full consent of all parties, this case may be reassigned back to the undersigned magistrate judge.

**IT IS SO ORDERED.**

Dated: November 21, 2025

Virginia K. DeMarchi
United States Magistrate Judge