**LAW OFFICES OF ROBERT V. CORNISH, JR., PC**
Keren E. Gesund (SBN 253242)
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0385
Email: keren@rcornishlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE AND JOHN DOE, a married couple, | Case No. 5:25-cv-07241-NW |
| Plaintiff, | **ADMINISTRATIVE MOTION TO FILE CERTIFICATE OF SERVICE UNDER SEAL [ECF No. 61-2]** |
| v. | |
| STANFORD FEDERAL CREDIT UNION; EVERBANK, N.A.; COMMUNITY FEDERAL SAVINGS BANK; CHOICE FINANCIAL GROUP; THE CURRENCY CLOUD INC; TRANSWAP TECHNOLOGIES (UK) LTD; MERCURY ADVISORY LLC; WEALTH TUTOR INSTITUTE; BEACH FOCUSYR INC.; TENGFEI YANG; VISIONARY SOLUTIONS HOLDINGS LTD; HIU FUNG LUI; LUMINA SOLUTIONS HOLDINGS LTD; LOK HIM LO; NOVAVENTURE STONE LTD; and JIANHAO LI, | |
| Defendants. | Action Filed: August 27, 2025 |

Counsel for Plaintiffs respectfully request leave to file the following document under seal pursuant to Local Rule 79-5(c).

| ECF No. | Document Title | Portion to be Sealed | Basis for Sealing |
|---|---|---|---|
| 61-2 | Certificate of Service to Administrative Motion to Withdraw as Plaintiffs' Counsel | Plaintiffs' name and address | Maintain the anonymity of Plaintiffs' identities |

Moving Counsel seeks leave to withdraw as counsel of record for Plaintiffs. Local Rule 11-5 provides that "[c]ounsel may not withdraw from an action until . . . after written notice has been provided . . . to the client." Pursuant to Local Rule 5-5, a Certificate of Service is required if the document "presented for filing is required . . . to be served upon any party or person" by any means that is not ECF, and said Certificate must provide the "name, street address, or electronic address of each person served." This Court has recognized the need to preserve Plaintiffs' anonymity, particularly Mrs. Doe, to protect themselves from a stalker who has pursued Mrs. Doe for years. ECF No. 8.

Filing the Certificate of Service as a public document would expose Plaintiffs' address, and Plaintiffs efforts to evade Mrs. Doe's stalker—including changing her phone number, relocating frequently, and using an alias—would be for naught should Plaintiffs' address be revealed.

Based on the foregoing, counsel requests request leave to file the Certificate of Service to Administrative Motion to Withdraw as Plaintiffs' Counsel under seal.

Dated: December 30, 2025            **LAW OFFICES OF ROBERT V. CORNISH, JR., P.C.**

                                    */s/ Keren E. Gesund*
                                    KEREN E. GESUND
                                    *Attorneys for Plaintiffs*