Keren E. Gesund (SBN 253242)
4016 Wanda Lynn Drive
Metairie, LA 70002
Tel: (702) 300-1180
Email: keren@glolawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE AND JOHN DOE, a married couple,<br><br>Plaintiff,<br><br>v.<br><br>STANFORD FEDERAL CREDIT UNION; EVERBANK, N.A.; COMMUNITY FEDERAL SAVINGS BANK; CHOICE FINANCIAL GROUP; THE CURRENCY CLOUD INC; TRANSWAP TECHNOLOGIES (UK) LTD; MERCURY ADVISORY LLC; WEALTH TUTOR INSTITUTE; BEACH FOCUSYR INC.; TENGFEI YANG; VISIONARY SOLUTIONS HOLDINGS LTD; HIU FUNG LUI; LUMINA SOLUTIONS HOLDINGS LTD; LOK HIM LO; NOVAVENTURE STONE LTD; and JIANHAO LI,<br><br>Defendants. | Case No. 5:25-cv-07241-NW<br><br>**ADMINISTRATIVE REQUEST TO APPEAR VIA ZOOM ON (1) STANFORD FEDERAL CREDIT UNION'S MOTION TO DISMISS [ECF No. 27]; (2) COMMUNITY FEDERAL SAVINGS BANK AND THE CURRENCY CLOUD, LTD.'S MOTION TO DISMISS THE COMPLAINT [ECF No. 47]; (3) MERCURY ADVISORY LLC AND CHOICE FINANCIAL GROUP'S MOTION TO DISMISS THE COMPLAINT [ECF No. 59]; AND (4) MOTION TO WITHDRAW AS ATTORNEY [ECF No. 61]**<br><br>Hearing:<br>Date:   February 18, 2026<br>Time:   9:00 a.m.<br>Place:  Courtroom 3, 5th Floor<br>        280 South 1st Street<br>        San Jose, CA 95113<br><br>Action Filed: August 27, 2025 |

Undersigned counsel for Plaintiffs Jane and John Doe ("Plaintiffs") respectfully submits the following request to appear remotely via telephone or video conference at the following hearings currently set for February 18, 2026 at 9:00 a.m. before the Honorable Noël Wise in Courtroom 3 of this Court: (1) *Stanford Federal Credit Union's Motion to Dismiss* [ECF No. 27]; (2) *Community Federal Savings Bank and The Currency Cloud, Ltd.'s Motion to Dismiss the Complaint* [ECF No. 47]; (3) *Mercury Advisory LLC and Choice Financial Group's Motion to Dismiss the Complaint* [ECF No. 59]; and (4) *Motion to Withdraw as Attorney* (the "Motion to Withdraw") [ECF No. 61].

Good cause exists to grant counsel's request for remote appearance: undersigned counsel is located in Metairie, Louisiana and has ended her employment with the Law Offices of Robert V. Cornish, Jr., PC, counsel for Plaintiffs. See Declaration of Keren E. Gesund filed herewith, ¶ 4. As stated in the Motion to Withdraw, there has been an irreconcilable breakdown in the attorney-client relationship that has made continued representation ineffective. Mot. at 3. Allowing for a remote appearance would preserve client resources and economic efficiency.

Dated: February 10, 2026              Respectfully Submitted,

                                      */s/ Keren E. Gesund*
                                      KEREN E. GESUND

                                      *Attorney for Plaintiffs*

**DECLARATION OF KEREN E. GESUND**

I, Keren E. Gesund, declare as follows:

1. I am over 18 years of age and not a party to this action.

2. I have personal knowledge of the facts stated herein, and if called to testify, I could and would competently testify to the same.

3. I was an attorney employed with the Law Offices of Robert V. Cornish Jr., P.C., counsel for Plaintiffs Jane and John Doe. I submit this Declaration in support of the Request to Appear Remotely at the February 18, 2026 hearings on (1) *Stanford Federal Credit Union's Motion to Dismiss* [ECF No. 27]; (2) *Community Federal Savings Bank and The Currency Cloud, Ltd.'s Motion to Dismiss the Complaint* [ECF No. 47]; (3) *Mercury Advisory LLC and Choice Financial Group's Motion to Dismiss the Complaint* [ECF No. 59]; and (4) *Motion to Withdraw as Attorney* [ECF No. 61].

4. I am no longer working with the Law Offices of Robert V. Cornish Jr., P.C.

5. Plaintiffs were clients of the Law Offices of Robert V. Cornish Jr., P.C. Thus, I no longer represent the Plaintiffs in this matter.

6. I reside in Metairie, Louisiana.

7. I have reliable video-conferencing capability.

8. Allowing for a remote appearance would preserve client resources and economic efficiency.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 10, 2026 at Metairie, Louisiana.

*/s/ Keren E. Gesund*
KEREN E. GESUND