UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOHN DOE, et al., | Case No. 25-cv-07241-NW |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING IN PART AND DENYING IN PART *EX PARTE* APPLICATION TO EXTEND TIME TO FILE AMENDED COMPLAINT AND RESPOND TO ORDER TO SHOW CAUSE** |
| STANFORD FEDERAL CREDIT UNION, et al., | |
| Defendants. | Re: ECF No. 85 |

Now pending is Plaintiffs John and Jane Doe's *ex parte* application for an extension of time to file a first amended complaint and respond to order show cause. ECF No. 85.[1] Having considered the Plaintiffs' brief and the relevant legal authority, the Court GRANTS IN PART and DENIES IN PART the application.

The Court GRANTS Plaintiffs' request for an extension to file an amended complaint. Any amended complaint is due within 30 days of this Order.

The Court DENIES Plaintiffs' request for an extension to respond to the order to show cause as to why all Defendants in the case have not yet been served. *See* ECF No. 82 (ordering Plaintiffs' to show cause as to service on all Defendants). Plaintiffs' written response to the Order to Show Cause ("OSC") is due by Friday, March 13, 2026. The Court will conduct a hearing on the OSC on Tuesday, March 24, 2026, at 10 a.m.

If Plaintiffs' written response to the OSC is accompanied by satisfactory evidence that the summons and operative complaint have been served, the OSC will be withdrawn and the March 24, 2026 hearing will be vacated.

---

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

The Court ORDERS Plaintiffs' Counsel to provide a copy of this Order to Plaintiffs and file an attestation to that effect no later than March 20, 2026.

**IT IS SO ORDERED.**

Dated: March 11, 2026

Noël Wise
United States District Judge