UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STANFORD FEDERAL CREDIT UNION, et al., <br><br> Defendants. | Case No. 25-cv-07241-NW <br><br> **ORDER CONTINUING ORDER TO SHOW CAUSE, VACATING HEARING, AND SETTING DEADLINE FOR STATUS REPORT** <br><br> Re: ECF No. 82 |

On February 13, 2026, the Court issued an order to show cause ("OSC") why the Court should not dismiss from this case the ten Defendants Plaintiff has failed to serve. ECF No. 82. Having considered the Plaintiffs' response and the relevant legal authority, the order to show cause is CONTINUED, and the March 24, 2026 hearing is VACATED.

Plaintiffs have yet to demonstrate that all Defendants have been properly served. In their response to the OSC, Plaintiffs state that many of the ten unserved Defendants "are foreign entities or individuals associated with the fraudulent scheme underlying this action." ECF No. 87 at 2.[1] Plaintiffs represent that their "[p]rior counsel initiated multiple service efforts, including service through foreign process servers and Hague Convention service requests where applicable." *Id.* Plaintiffs assert that they are working to obtain service documentation from their former counsel. *Id.* This is insufficient.

\ \ \

\ \ \

\ \ \

[1] Record citations are to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

The Court ORDERS Plaintiffs to do one of the following by Friday, April 17, 2026:

1. Plaintiffs may provide proof of service for any or all of the ten remaining unserved Defendants.

2. Alternatively, Plaintiffs can voluntarily dismiss any or all ten remaining unserved Defendants.

If Plaintiffs fail to either provide proof of service or voluntarily dismiss each of the ten remaining unserved Defendants, Plaintiffs must submit a chart detailing, for each unserved Defendant on a defendant-by-defendant basis, (1) whether the Defendant is located domestically or internationally, (2) when, if at all, Plaintiffs attempted service on the Defendant, and (3) if Plaintiffs attempted service, a detailed account of Plaintiffs' service efforts including how and where service was attempted.

The Court will conduct a hearing on the OSC on Tuesday, May 5, 2026, at 10 a.m.

Additionally, the Court ORDERS Plaintiffs' former counsel, the Law Offices of Robert V. Cornish, Jr. PC and Keren E. Gersund, to provide a copy of this Order to Plaintiffs and file an attestation to that effect no later than Friday, March 20, 2026.

**IT IS SO ORDERED.**

Dated: March 18, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California